Case 1:06-cv-01842-CCC   Document 20   Filed 12/22/2006   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :
FOR THE USE AND BENEFIT OF   :
WASTE TRANSPORTATION &   :
DISPOSAL, INC.,   :

           :    CIVIL ACTION NO. 1:06-CV-1842
          Plaintiff  :

          :    (Judge Conner)   **FILED**
     v.        :              HARRISBURG

          :            DEC 2 2 2006
CONTI ENVIRONMENT &   :
INFRASTRUCTURE, INC., THE   :       MARY E. D'ANDREA, CLERK
UNITED STATES ARMY CORPS   :      Per_____
OF ENGINEERS, and TRAVELERS   :           Dep. Clerk
CASUALTY AND SURETY   :    FILED ELECTRONICALLY
COMPANY OF AMERICA,   :

          :
         Defendants  :

## ORDER

AND NOW, this _22ND_ day of December 2006, upon consideration

of the concurred-in motion to dismiss filed by defendant Conti Environment &

Infrastructure, Inc., which is addressed solely to Count III (action on account) and

Count IV (tortious interference) of plaintiff's amended complaint,

IT IS HEREBY ORDERED that defendant's motion to dismiss is

GRANTED with respect to Counts III and IV only. Defendant Conti Environment

& Infrastructure, Inc. is directed to file an answer to all other counts in plaintiff's

amended complaint within _20_ days of the date of this Order.


BY THE COURT:

Christopher C. Conner
United States District Judge

-2-